UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 1:04-CR-178 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| ) | |
| CLIFTON OMAR ROBINSON ) | |
| ) | |

**O R D E R**

For the reasons set forth in the accompanying memorandum, it is **ORDERED** the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 45) pursuant to 28 U.S.C. § 636(b)(1)(C) and Defendant's motions to suppress (Court File Nos. 18, 20, 30) are hereby **DENIED.** Further, the Court **DENIES** Defendant's request for a *de novo* hearing (Court File No. 46).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**